Andrew Delahunt, Esq. (SBN 285512)
Law Office of Andrew Delahunt
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel: (310) 984-6762
Fax: (310) 775-4466
andrew@andrewdelahunt.com

Kevin McCulloch, Esq. (*pro hac vice*)
Nate Kleinman, Esq. (*pro hac vice*)
McCulloch Kleinman Law
501 Fifth Avenue, Suite 1809
New York, NY 10017
Telephone: (212) 355-6050
Fax: (206) 219-6358
kevin@mkiplaw.com
nate@mkiplaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEVEN MITCHELL, | Civil Case No. 20-cv-08188-GW-JPR |
|---|---|
| *Plaintiff*, | **PLAINTIFF'S NOTICE OF MOTION TO DISMISS AND/OR STRIKE DEFENDANT'S COUNTERCLAIMS** |
| v. | |
| LEBRON JAMES, | Before: Hon. George H. Wu<br>Hearing: December 3, 2020 at 8:30am |
| *Defendant*. | |

**PLEASE TAKE NOTICE** that, pursuant to Rule 12 of the Federal Rules of Civil Procedure, Civil Local Rule 7-4, and California Code of Civil Procedure § 425.16, Plaintiff Steven Mitchell ("Plaintiff" or "Mitchell"), by and through his undersigned attorneys, will and does hereby move this Court before the Honorable George H. Wu on December 3, 2020 at 8:30 a.m., or such other date/time that the Court may require, to dismiss and/or strike all counterclaims filed by Defendant LeBron James. Plaintiff's motion is supported by the following concurrently filed documents: a Memorandum of Law, Declaration of Steven Mitchell, Declaration of Nathaniel

Kleinman, and a Proposed Order.

    This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 18, 2020.  After Plaintiff filed an amended complaint on September 25, 2020 (Dkt. No. 56), Defendant filed a second countercomplaint which is virtually the same in all material aspects as its prior countercomplaint, thus a second motion conference was not necessary - nor would repeating the motion conference likely to be productive given that Defendant's latest countercomplaint entirely ignored all of the pleading deficiencies identified in Plaintiff's intervening filing.

Dated:  October 20, 2020

    Respectfully submitted,

    /s/ Kevin P. McCulloch
    Kevin McCulloch, Esq. (*pro hac vice*)
    Nate Kleinman, Esq. (*pro hac vice*)
    McCulloch Kleinman Law
    501 Fifth Avenue, Suite 1809
    New York, New York 10017
    Tel: (212) 355-6050
    kevin@mkiplaw.com

    -and-

    Andrew Delahunt, Esq. (SBN 285512)
    Law Office of Andrew Delahunt
    1801 Century Park East, 24th Floor
    Los Angeles, CA 90067
    Tel: (310) 984-6762
    Fax: (310) 775-4466
    andrew@andrewdelahunt.com