Andrew Delahunt, Esq. (SBN 285512)
Law Office of Andrew Delahunt
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel: (310) 984-6762
Fax: (310) 775-4466
andrew@andrewdelahunt.com

Kevin McCulloch, Esq. (*pro hac vice*)
Nate Kleinman, Esq. (*pro hac vice*)
 McCulloch Kleinman Law
501 Fifth Avenue, Suite 1809
New York, NY 10017
Telephone: (212) 355-6050
Fax: (206) 219-6358
kevin@mkiplaw.com
nate@mkiplaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MITCHELL,<br><br>    *Plaintiff*<br>    *v.*<br><br>LEBRON JAMES,<br><br>    *Defendant*. | Case No. 2:20-cv-08188-GW-JPR<br><br>Before: Hon. George H. Wu<br>Hearing: December 14, 2020 at 8:30am |

# **DECLARATION OF STEVEN MITCHELL**

I, Steven Mitchell, do hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1. I have personal knowledge of the facts contained in this declaration and am competent to testify to them.

2. Within the last few weeks, likely late October or early November, I updated my personal website ([www.stevemitchellphotography.com](www.stevemitchellphotography.com)) (the "Website") so that it now includes a "Contact Info" page with basic contact information and a short form visitors can fill out in order to contact me. The Contact Info page that I added does not include any photographs on it, and I again can confirm that this page was not a part of my Website at the time of my prior declaration or when Mr. James filed his counterclaims against me in August 2020.

3. I recently added the Contact Info page to my Website only because, since March 2020, I have been entirely out of work, largely as a result of this lawsuit. Since this lawsuit was filed, I have been explicitly precluded from obtaining assignments or media credentials through my prior licensing agency, Imagn Content Services LLC ("Imagn"). I was told by an Imagn representative that I was "done" in the industry after having filed suit against Mr. James given his status and profile. Work opportunities also have been scarce due to the COVID-19 pandemic. Thus, I added the Contact Info page to my Website to ensure that any prospective leads would be able to contact me, which was not necessary when I was regularly shooting

assignments for Imagn. However, I still have not had any new clients or work since adding the Contact page.

4. I am aware that Mr. James alleges that I used a photograph of him to advertise my business on Pinterest, but I do not have an active Pinterest account and have not operated one for several years. Although I do not recall exactly when I deleted that account, I am certain it was over two years ago.

5. I am totally unaware of the basis for Defendant's allegation with respect to Pinterest.

6. I have been informed by my counsel that there is a "Steve Mitchell" Pinterest account located at https://co.pinterest.com/stev281384 that may include a photograph of Mr. James, but that is not my account and I have no association with that account whatsoever.

7. Further, my understanding is that Pinterest is not the same kind of social media application as Instagram or Facebook, in that users cannot post original content to Pinterest. Instead, as I understand it, you can only "pin" content from around the web to your account, which serves as a kind of "mood board" and a way to bookmark content. Thus, any content I may have "pinned" to my long-inactive account several years ago would have come from previously published web pages and/or online articles, not anything I published myself.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 30th day of November, 2020

By: _____
Steven Mitchell