Andrew Delahunt, Esq. (SBN 285512)
Law Office of Andrew Delahunt
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel: (310) 984-6762
Fax: (310) 775-4466
andrew@andrewdelahunt.com

Kevin McCulloch, Esq. (*pro hac vice*)
Nate Kleinman, Esq. (*pro hac vice*)
McCulloch Kleinman Law
501 Fifth Avenue, Suite 1809
New York, NY 10017
Telephone: (212) 355-6050
Fax: (206) 219-6358
kevin@mkiplaw.com
nate@mkiplaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MITCHELL,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>LEBRON JAMES,<br><br>　　　　*Defendant*. | Case No.: 20-cv-08188-GW-JPR |

## **NOTICE OF SETTLEMENT**

　　　　Pursuant to Local Rules 16-15.7 and 40-2, Plaintiff Steven Mitchell ("Plaintiff") and Defendant LeBron James ("Defendant"), by and through their respective undersigned counsel, hereby provide notice to the Court that the parties have reached a settlement in principle that resolves all claims in this action. The parties thus jointly request twenty-one (21) days to memorialize and execute the agreement in writing, after which time the parties intend to file a stipulation of dismissal with prejudice (which stipulation the parties intend to file no later than

February 26, 2021). The parties further request that all deadlines be stayed during that time and that all hearings be vacated (including, but not limited to, the conference with Magistrate Judge Rosenbluth scheduled for February 4, 2021, the settlement conference scheduled for February 9, 2021, and the conference with Judge Wu scheduled for February 18, 2021).

Dated: February 3, 2021

                                  Respectfully submitted,

**MCCULLOCH KLEINMAN LAW**

By: */s/ Kevin P. McCulloch*
    Kevin P. McCulloch[1] (*pro hac vice*)
    Nate A. Kleinman
    501 Fifth Ave., Suite 1809
    New York, NY 10017
    *Attorneys for Plaintiff*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Jeffrey M. Goldman*
    Howard P. Shire (*pro hac vice*)
    Jeffrey M. Goldman
    875 Third Avenue
    New York, NY 10022
    *Attorneys for Defendant*

---

[1] Attorney McCulloch attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.